IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ESTATE OF ERICKA IVA TRUSTY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> VILLAGE HEALTH CARE, INC., et al., <br><br> Defendants. | CV 21–69–M–DLC <br><br><br> ORDER |

Before the Court is Plaintiffs' Unopposed Motion to Dismiss with Prejudice. (Doc. 11.) None of the defendants has served an answer or a motion for summary judgment. Thus, dismissal under Rule 41(a)(1) of the Federal Rules of Civil Procedure is appropriate.

Accordingly, IT IS ORDERED that the Motion (Doc. 11) is GRANTED. This action is DISMISSED WITH PREJUDICE.

DATED this 27th day of September, 2021.

_____
Dana L. Christensen, District Judge
United States District Court

1